*R. Lowry,* for appellant.

*John H. Baker* and *J. B. Howe,* for appellee.

———————◦———————

PARISH *v.* LANE.

APPEAL from the *Dearborn* Common Pleas.

*Per Curiam.*—No question is made in this case, except as the sufficiency of the evidence to sustain the verdict. The evidence, however, can not be regarded as in the record, the 30th rule not being complied with. *Hamilton* v. *Johnson,* 20 Ind. 392.

The judgment below is affirmed, with costs.

*D. S. Major,* for appellant.

*McDonald & Roache,* for appellee.